AO 442 (Rev. 11/11) Arrest Warrant



ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

Laurence Pierre-Louis
Digitally signed by Laurence Pierre-Louis
Date: 2024.02.15 12:34:21 -05'00'

United States of America
v.
ADEBAYO ADEDIJI GREEN

*Defendant*

)
)
)
)
)
)

Case: 1:23-cr-202
Assigned To: Judge Beryl A. Howell
Assign. Date: 2/13/2024
Description: SUPERSEDING INDICTMENT
Case Related to 23-cr-202 (BAH)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ADEBAYO ADEDIJI GREEN

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, and a Detectable Amount of Heroin;
21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine, and a Detectable Amount of Cocaine Base;

FORFEITURE: 21 U.S.C. § 853(a) and (p)

Date: 02/13/2024

2024.02.13
13:52:49 -05'00'

*Issuing officer's signature*

City and state:   WASHINGTON, DC       ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 2/13/24, and the person was arrested on *(date)* 2/22/24
at *(city and state)* Hyatsville, Maryland

Date: 2/22/2024

*Arresting officer's signature*

Eric Green, Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: ADEBAYO ADEDIJI GREEN
Known aliases: UNKNOWN
Last known residence: 421 INGRAHAM STREET, NW, WASHINGTON, DC 20011
Prior addresses to which defendant/offender may still have ties: UNKNOWN

Last known employment: UNKNOWN
Last known telephone numbers: UNKNOWN
Place of birth: UNKNOWN
Date of birth: 04/02/1994
Social Security number: UNKNOWN
Height: 5'10              Weight: 150
Sex: MALE                 Race:
Hair: BLACK               Eyes: BROWN
Scars, tattoos, other distinguishing marks: N/A

History of violence, weapons, drug use: N/A

Known family, friends, and other associates *(name, relation, address, phone number)*: N/A

FBI number: UNKNOWN
Complete description of auto: N/A

Investigative agency and address: OFFICER CRISTEN MODLIN (240) 291-2873/SGT. ROBERT BUCK (202) 494-2866 METROPOLITAN POLICE DEPARTMENT - DC

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A